Commonwealth ex rel. Galascewski, Appellant,
*v.* Myers.

Submitted June 11, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Stephen D. Galascewski,* appellant, in propria persona.

*Stephen A. Teller,* District Attorney, for appellee.

OPINION PER CURIAM, September 13, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge SHEA of the Court of Common Pleas of Luzerne County, as reported in 27 Pa. D. & C. 2d 790.